Emanuel Freund, Appellant, v. Thomas J. Hogan, Individually, and as Treasurer of the City of Long Beach, and Others, Respondents.†— Orders and

---

*Affd., 264 N. Y. 543.        †Affd., 264 N. Y. 203.

judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.